Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Justin D. Beever, Angela Benaly,
Richard Evans, Tricia M. Franklin,
Jonathan L. Peters, )
)
    Plaintiffs, )
)
        vs. )    Case Number: 18-3091
)
LAD Corporation BK d/b/a Burger King, )
Allen C. Eilers, )
)
    Defendants. )

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is dismissed without prejudice without an award of costs to either party.

**Dated:** 12/10/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court